# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

GERIGA SCOTT,                )
                             )
    Petitioner,          )
                             )
v.                           )        Case No.   CV412-063
                             )
AL ST. LAWRENCE,             )
                             )
    Respondent.          )

## REPORT AND RECOMMENDATION

Geriga Soctt, a pre-trial detainee held at the Chatham County Detention Center while awaiting prosecution for a drug offense, *see* attached state court docket, petitions this Court for unspecified habeas relief under 28 U.S.C. § 2241.  Doc. 1.  Detained under a November 1, 2011 accusation, he insists that the state is violating his speedy trial and other rights.  *Id*. at 1-6.

The Court **GRANTS** his motion to proceed *in forma pauperis* (doc. 5) but concludes that his petition must be dismissed.  Pretrial § 2241 petitions must be exhausted. *Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions "require a petitioner to fully exhaust state

remedies"); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley,* 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldro*p, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). As in *Harvey*, Scott "has not alleged, and there is nothing in the record to suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state remedies.

**SO  REPORTED  AND  RECOMMENDED**  this   2nd   day  of

May, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



# CHATHAM COUNTY, GA
# Eastern Judicial Circuit of Georgia

**Home**  **Magistrate Court**  **Probate Court**  **State Court**  **Superior Court**  **Juvenile Court**  **Court Forms**  **Court Fees**

April 25, 2012        Location: Case Details

Input your search...



## Case Details

**CASE LOOKUP**

**COURT FORMS**

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH**

### State
### VS.
### SCOTT, GERIGA NMN

- Case Events
- Charges
- Parties
- Proceedings

**Case Information**

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR112412 |
| Case Type: | DRUGS - POSSESSION-F |
| Judge: | JUDGE WALMSLEY |
| Assistant District Attorney: | ARVO HENIFIN |
| Date Filed: | 11/1/2011 |
| Status: | ACTIVE - |
| Next Event: | 5/14/2012 PLEA HEARING |

**Defendant Information**

| | |
|---|---|
| Name: | SCOTT, GERIGA NMN |
| DIN: | X0020435 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 73 |
| Weight: | 160 |
| Eyes: | BROWN |
| Hair: | BLACK |

Chatham County Sheriff X0020435

Click for large Picture

**Defendant History**

**Attorney Information**

L NICOLE KING

**Bondsman Information**

N/A

**Case Events**

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 5/14/2012 | 11:00AM | PLEA HEARING | WALMSLEY | |
| 4/2/2012 | 11:00AM | PLEA HEARING | PERRY BRANNEN, JR. | |
| 2/13/2012 | 11:00AM | PLEA HEARING | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 11/21/2011 | 10:00AM | CALENDAR CALL | PERRY BRANNEN, JR. | |

[Return to Top]

**Charges**

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-13-30(J) | POSS MARIJUANA WITH INTENT TO DISTRIBUT | 1 | FELONY | 8/11/2011 2:10:14 PM | |

[Return to Top]

**Proceedings**

| 5/14/2012 | 11:00AM | PLEA HEARING | | WALMSLEY | |
|---|---|---|---|---|---|
| 4/2/2012 | 11:00AM | PLEA HEARING | | PERRY BRANNEN, JR. | |
| 2/14/2012 | | NOTES | | | **NICOLE KING RETAINED PER ADA IN OPEN COURT AND PUBLIC DEF OFFICE/ |
| 2/13/2012 | 11:00AM | PLEA HEARING | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 2/10/2012 | | ENTRY OF APPEARANCE | | | L NICOLE KING- 1810 ABERCORN ST SAV GA 31401 480-1440/ |
| 2/1/2012 | | ORDER | | | ORDER ON DEFS PRO SE MOTION STRICKEN/ |

| 1/25/2012 | | PRO SE MOTION | STRICKEN | | DEMAND TO DISMISS CHARGES/ |
| 1/25/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/13/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/21/2011 | 10:00AM | CALENDAR CALL | | PERRY BRANNEN, JR. | |
| 11/15/2011 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 11/2/2011 8:09:49 AM | | SCREENING | | | INITIAL CASE SCREENING / SCANNING |
| 11/1/2011 | | ACCUSATION FILED - ENTERED | | | |

[Return to Top]