

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAY 29 PM 2:39

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERIGA SCOTT,  )
             )
    Petitioner, )
             )
v.           )   CASE NO. CV412-063
             )
SHERIFF AL ST. LAWRENCE, )
Chatham County Detention )
Center,       )
             )
    Respondent. )
             )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the Petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA